EXHIBIT "A"

## SETTLEMENT AGREEMENT

THIS AGREEMENT ("AGREEMENT") made as of this ___6___ day of _September_, 2011 between FOLDFAST, LLC, a Florida limited liability company having a place of business at 4710 NE 11TH Avenue, Oakland Park, FL 33334 (hereinafter "FOLDFAST"), MAXI AIDS, INC., a New York corporation, having a registered business address of 42 Executive Boulevard, Farmingdale, NY 11735 (hereinafter "MAXI AIDS"), ELLIOT ZARETZKY, an individual residing in the State of New York (hereinafter "ZARETSKY").

WITNESSETH THAT:

WHEREAS, FOLDFAST has exclusive rights to make, use, sell and/or offer for sale garment folding apparatus under U.S. Patent No. 6,360,927 (hereinafter "the PATENT"); and

WHEREAS, FOLDFAST has exclusive rights to use the federally registered trademarks FLIPFOLD® (Reg. No. 2,488,859) and THE ULTIMATE FOLDING TOOL® (Reg. No. 3,753,800), in connection with apparatus for folding shirts and tops (hereinafter "the MARKS"); and

WHEREAS, MAXI AIDS, under the direction and control of ZARETSKY, has advertised and sold garment folding apparatus in a catalog published by MAXI AIDS, on the website www.maxiaids.com, and on the website www.amazon.com operated and controlled by AMZAON; the sale of such garment folding apparatus being considered by FOLDFAST to be an infringement of THE PATENT; and

WHEREAS, MAXI AIDS, under the direction and control of ZARETSKY, has advertised and sold garment folding apparatus on the website www.maxiaids.com, and the website www.amazon.com, said activity including the unauthorized use of the MARKS in connection with the sale of such garment folding apparatus and being considered by FOLDFAST to be an infringement of the MARKS;

WHEREAS, FOLDFAST instituted a civil action in the United States District Court for the Southern District of Florida, under Civil Action No. 11-cv-61506, entitled FOLD FAST, LLC v. MAXI AIDS, INC., ELLIOT ZARETSKY, and AMAZON.COM, INC. for infringement of the PATENT and the MARK;

WHEREAS, FOLDFAST and AMAZON.COM, INC. have filed a Joint Stipulation For Dismissal Without Prejudice as to AMAZON.COM, INC.; and

WHEREAS, the parties to this Agreement are desirous of settling and compromising their differences, and providing for a resolution of the dispute between them.

IT IS NOW, in consideration of the foregoing and of the mutual promises herein contained, stipulated, consented and agreed as follows:

1

1. MAXI AIDS and ZARETSKY shall, immediately upon execution of this Agreement, pay FOLDFAST the sum of Fifteen Thousand Seven Hundred Eighty Two Dollars and Eighty Three Cents ($15,782.83).

2. As of the date of this agreement, MAXI AIDS and ZARETSKY agree to cease the offering for sale and sale of any and all garment folding apparatus characterized as having a plurality of hingedly connected panel members including first and second central panel members and left and right side panel members, with the second central panel member hingedly connected to a lower edge of the first central panel member, and the left and right side panel members hingedly connected to opposing side edges of the first central panel member, with the said left and right side panel members each defining a plurality of apertures therein and at least one projecting foot, which would infringe U.S. Patent No. 6,360,927.

3. As of the date of this agreement, MAXI AIDS and ZARETSKY agree to cease any and all use of the MARKS, FLIPFOLD® and THE ULTIMATE FOLDING TOOL®, except as may be hereinafter permitted by FOLDFAST.

4. MAXI AIDS and ZARETSKY agree to the entry by the court of a Final Judgment and Permanent Injunction enforcing the terms of paragraphs 2 and 3 recited above in the form attached hereto as Exhibit "A."

5. In the event FOLDFAST seeks to enforce this agreement by suing for breach thereof, or for contempt for failure to comply with the terms of the Final Judgment and Permanent Injunction and it is adjudicated that MAXI AIDS and ZARETSKY is in breach of this AGREEMENT or has failed to comply with the terms of the injunction, FOLDFAST shall be entitled to recover its attorneys' fees and costs, including those involved at the appellate level from any party or parties found to have breached this AGREEMENT or failed to comply with the terms of the injunction.

6. MAXI AIDS and ZARETSKY shall not, directly or indirectly, challenge the validity or enforceability of the PATENT or the MARKS, or assist any third party in challenging the validity or enforceability of the PATENT or the MARKS.

7. This AGREEMENT shall be interpreted in accordance with the laws of the State of Florida.

8. This AGREEMENT shall be binding on and inure to the benefit of all assigns and successors in interest to the parties hereto.

9. The waiver by any party of a breach of a provision of this AGREEMENT shall not operate or be construed to invalidate the balance of the provisions contained in this AGREEMENT, which shall continue to remain in effect.

10. This AGREEMENT contains the entire agreement between the parties relating to the subject matter hereof, and all prior proposals, discussions or writings are superseded hereby.

11. The parties represent that they have read, understand, and consent to the terms of this AGREEMENT, have had ample opportunity to consult counsel and are authorized to enter into this AGREEMENT.

IN WITNESS WHEREOF, and intending to be legally bound thereby, each of the parties hereto has caused this AGREEMENT to be executed as of the date first above written.

FOLDFAST, LLC

By: _____
Bradd Barker, Managing Member

MAXI AIDS, INC.

By: _____
Elliott Zaretsky, President and personally

I:\14000\14527\Maxi-Aids Infringement\Settlement Agreement Rev.4.0.docx

3

EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FOLDFAST, LLC
a Florida limited liability company,

Plaintiff,

v.                                                                          Case No. 11-CV-61506

MAXI AIDS, INC.
a New York corporation,

ELLIOT ZARETSKY,
an individual, and

Defendants.
_____/

## FINAL JUDGMENT
## AND PERMANENT INJUNCTION

THIS CAUSE having come before the Court on Plaintiff's Motion for Final Judgment and Permanent Injunction, and the Court having reviewed the file and the submissions of the parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This Court has jurisdiction over Defendants and the subject matter of this action.

2. Plaintiff FOLDFAST, LLC ("FOLDFAST"), is vested with exclusive rights in and to United States Letters Patent No. 6,360,927, including all rights of recovery for infringement thereof.

3. United States Letters Patent No. 6,360,927 is valid and enforceable.

4. Defendants, by their manufacture, use, sale, and offering for sale of certain garment folding apparatus, more particularly, of the type illustrated in Exhibit"C" appended to the Complaint, have directly infringed, induced infringement or contributed to the infringement of United States Letters Patent No. 6,360,927.

5. Plaintiff FOLDFAST has exclusive rights to use of U.S. Trademark Registration No. 2,488,859 for the mark FLIP FOLD®, including all rights of recovery for infringement thereof.

6. Defendant MAXI AIDS, INC. ("MAXI AIDS"), under the direction and control of Defendant ELLIOT ZARETSKY ("ZARETSKY"), has engaged in the unauthorized use of the mark FLIP FOLD® in connection with the advertising and sale of garment folding apparatus and thus has infringed United States Trademark Registration No. 2,488,859 for the mark FLIP FOLD®.

7. Plaintiff FOLDFAST has been irreparably damaged by the actions of Defendants and will continue to be irreparably damaged by the actions of Defendants unless Defendants are enjoined by this Court.

8. Pursuant to 35 U.S.C. §283, Defendants MAXI AIDS and ZARESKY, its principals, officers, managers, agents, and all those in active concert therewith who receive actual notice of this Order are hereby permanently enjoined and prohibited from making, using, selling, or offering for sale in the United States, and from importing into the United States garment folding apparatus falling within the scope of U.S. Patent No. 6,360,927, which apparatus are characterized comprising a plurality of hingedly connected panel members including first and second central panel members and left and right side panel members, wherein the second central panel member is hingedly connected to a lower edge of the first central panel member, and wherein the left and right side panel members are hingedly connected to opposing side edges of the first central panel member, and wherein the left and right side panel members each include at least one downwardly depending foot.

9. This injunction shall expire with the expiration of U.S. Patent No. 6,360,927.

10. Pursuant to 15 U.S.C. §116, Defendants MAXI AIDS and ZARESKY, its principals, officers, managers, agents, and all those in active concert therewith who receive actual notice of this Order are hereby permanently enjoined and prohibited from use of the mark FLIP FOLD® in connection with the sale or offering for sale of garment folding apparatus.

11. The Court retains jurisdiction to enforce the terms of the permanent injunctions set forth in paragraphs 8 and 10.

12. All costs and attorneys' fees incurred in this action shall be borne by the respective parties.

13. This Court retains jurisdiction of this matter as necessary to resolve disputes, if any, arising between FOLDFAST, MAXI AIDS, and ZARETSKY insofar as it relates to

2

compliance by Defendants with the terms of this Order. This Judgment is a final judgment with respect to all matters in the Complaint.

14. The parties hereto waive any right to appeal from this Judgment and any right to challenge it in any way.

SO ORDERED, this _____ day of _____, 20____.


_____
URSULA UNGARO
United States District Judge

I:\14000\14527\Maxi-Aids Infringement\FINAL JUDGMENT.Rev.4.0.docx

3